[No. 14238-4-II.   Division Two.   December 18, 1992.]

*In the Matter of the Custody of* DALEENA JEAN LYONS.

Appeal from a judgment of the Superior Court for Clallam County, No. 87-3-00076-8, Gary W. Velie, J., entered

August 31, 1990. *Reversed* by unpublished opinion per Petrich, C.J., concurred in by Alexander and Seinfeld, JJ.